IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, </br></br> Plaintiff, </br></br> v. </br></br> ROBERT G. PEARSON and ILLINOIS STOCK TRANSFER COMPANY (d/b/a IST SHAREHOLDER SERVICES), </br></br> Defendants. | No. 14 C 3785 |

**FINAL JUDGMENT AS TO DEFENDANT ILLINOIS STOCK TRANSFER COMPANY**

The Securities and Exchange Commission having filed a Complaint and Defendant Illinois Stock Transfer d/b/a IST Shareholder Services ("Defendant" or "IST") having entered a general appearance; consented to the Court's jurisdiction over it and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable, jointly and severally with Defendant Robert G. Pearson, for disgorgement of ill-gotten gains, including prejudgment interest thereon, in the amount of $1,138,048.96; but, that amount is deemed fully satisfied by the amounts previously collected and distributed by the Receiver appointed by the Court in this matter.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

ENTER:

Dated: January 8, 2020

Rebecca R. Pallmeyer
United States District Judge